UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                  Case No. 17-CR-219-pp

LARRY L. BROWN,

        Defendant.

**ORDER GRANTING MOTION FOR LEAVE TO DISMISS INDICTMENT (DKT. NO. 9)**

The government filed a motion for leave to dismiss the indictment against the defendant, citing Rule 48(a) of the Federal Rules of Criminal Procedure. Dkt. No. 9.

The court **GRANTS** the government's motion. Dkt. 9. The court **ORDERS** that the indictment is **DISMISSED**, effective immediately, and **DIRECTS** the clerk's office to close the case.

Dated in Milwaukee, Wisconsin this 25th day of January, 2018.

                                          **BY THE COURT:**

                                          _____
                                          **HON. PAMELA PEPPER**
                                          **United States District Court Judge**